AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 11 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ANDRES CASAROVIAS-MARCELO | CASE NUMBER: 08 CR 693 JLS |

I, <u>ANDRES CASAROVIAS-MARCELO</u>, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);  Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___3/11/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_ANDRES_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

