AO455 (Rev.5/85) Waiver of Indictment

**FILED**
APR 18 2008
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| vs. | Case No. **2008CR0693-JLS** |
| ANDRES CASAROVIAS-MARCELO (1) | |

I, ANDRES CASAROVIAS-MARCELO (1), the above named defendant, who is accused of

8 USC §1326(a) AND (b) - DEPORTED ALIEN FOUND IN THE UNITED STATES (FELONY),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __**APRIL 18, 2008**__ prosecution by indictment
                                    Date
and consent that the proceeding may be by information rather than by indictment.

_ANDRES_
Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer

16